**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION**

IN RE:

**AERONAUTICAL SOLUTIONS, LLC,**  **CHAPTER 11
CASE NO. 06-01250-8-JRL**

**DEBTOR**

**REPORT ON UNCLAIMED DIVIDENDS**

NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

1. Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Inventory Locator Service<br>721 E Madison, Ste 200<br>Villa Park, IL 60181 | $519.44 | 02/16/07 |
| City of Havelock Water & Sewer<br>304 N Jackson Drive<br>Havelock, NC 28532 | $78.18 | 09/24/07 |
| Blue Cross Blue Shield of NC<br>P.O. Box 2291<br>Durham, NC 27702 | $2.99 | 04/08/08 |
| Chevron<br>P.O. Box 5010, Sect. 230<br>Concord, CA 94524 | $13.17 | 04/08/08 |
| E & O Manufacturing<br>67 Hood Terrace<br>West Haven, CT 06516 | $160.33 | 04/08/08 |
| JP Trading<br>7 Krueger Court<br>Ansonia, CT 06401 | $183.54 | 04/08/08 |

2. The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

Dated: 12/30/10

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
Attorney for the Debtor
STUBBS & PERDUE, P.A.
Post Office Box 1654
New Bern, NC 28563
(252) 633-2700
(252) 633-9600 (facsimile)
N.C. State Bar #4221
